LAURA E. DUFFY
United States Attorney
MARK W. PLETCHER
Colorado Bar No.: 34615
ROBERT S. HUIE
California Bar No.: 237374
Assistant U.S. Attorneys
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9714
Email: mark.pletcher@usdoj.gov

JEFFREY KNOX
Chief, Fraud Section
CATHERINE VOTAW
DC Bar No.: 1012563
BRIAN YOUNG
Ohio Bar No.: 0078395
Trial Attorneys, Fraud Section
Criminal Division
Tel: (202) 353-0449
Email: Cathy.Votaw2@usdoj.gov

Attorneys for the United States

**FILED**
Jul 03 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/vickyl    DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '14 CR1924 JLS |
|---|---|
| Plaintiff, | **INFORMATION** |
| v. | Title 18, U.S.C., Sec. 371 – Conspiracy to Defraud the United States |
| EDMOND A. ARUFFO, | |
| Defendant. | |

//

The United States charges that, at all times relevant to this Information:

1. Defendant EDMOND A. ARUFFO was employed by the U.S. Navy for over twenty years, and retired as a Lieutenant Commander in 2007. He resided in the Southern District of California.

2. Glenn Defense Marine (Asia) ("GDMA") was a corporation organized under the laws of Singapore, which provided "husbanding" services under contracts with the U.S. Navy to support the Navy's operations in the Pacific Ocean. "Husbanding" involves the coordinating, scheduling, and direct and indirect procurement of items and services required by ships and submarines when they arrive at port. GDMA had offices in several countries in the Far East, including Japan. Each such country office was headed by a country manager.

3. From in or about April 2009 through in or about February 2012, ARUFFO was employed by GDMA as the Country Manager for Japan.

4. On or about July 23, 2008, the U.S. Navy awarded GDMA a husbanding contract under which GDMA agreed to arrange for husbanding services for Navy ships at ports in Japan. The contract required GDMA to identify vendors to provide various husbanding services to the Navy, and stipulated that these vendors would invoice the Navy directly for their services.

## THE CONSPIRACY

5. Beginning in or about July 2009, and continuing until in or about December 2010, on the high seas and outside any particular district, defendant EDMUND A. ARUFFO, the Japan Country Manager for Glenn Defense Marine (Asia), knowingly and intentionally combined, conspired,, and agreed with others to defraud the U.S. Navy, that is, ARUFFO and others knowingly agreed to submit

2

invoices for payment to the U.S. Navy which they knew to be fraudulently inflated, and which the U.S. Navy paid, believing those invoices reflected the actual costs of various services rendered to U.S. Navy ships in ports in Japan.

## OBJECT OF THE CONSPIRACY

6. It was the object of the conspiracy for ARUFFO and others to: (a) submit fraudulent invoices to the U.S. Navy; (b) arrange kickbacks to GDMA from husbanding vendors; and (c) enrich GDMA and others.

## METHOD AND MEANS OF THE CONSPIRACY

7. In furtherance of this conspiracy, and to accomplish its object, the following methods and means were used, among others:

   a. ARUFFO and his co-conspirators obtained letterhead from several Japanese vendors, and used that letterhead to prepare vendor invoices to the U.S. Navy which were fraudulently inflated to bill the Navy for more money than the vendor would have otherwise charged.

   b. After the U.S. Navy approved the invoices and disbursed the inflated payments to the vendors, ARUFFO arranged for the vendors to pay a portion of those inflated payments as kickbacks to GDMA. To do so, ARUFFO and his co-conspirators provided the vendors with GDMA invoices in the amount of the kickbacks that the vendors were to pay GDMA.

   c. The vendors would then make the kickback payments to GDMA under the guise of paying GDMA the amounts identified on these GDMA invoices. The kickback payments, and the loss to the U.S. Navy, exceeded $1 million.

   d. ARUFFO and his co-conspirators used the kickback proceeds in part to pay for expenses that GDMA did not want to record on its books, such as

3

providing meals, drinks, gifts, and other things of value to U.S. Navy Officers. The remaining proceeds were sent back to GDMA's headquarters in Singapore.

## OVERT ACTS

8. In furtherance of the conspiracy and to effect its object, the following overt acts, among others, were committed:

a. On or about February 1-4, 2010, in connection with a visit by the USS Lake Erie to Sukomo, Japan, ARUFFO and GDMA arranged for two Japanese vendors to provide husbanding services to the ship, and for these vendors to submit to the U.S. Navy fraudulently inflated invoices totaling $234,902.04. After the U.S. Navy paid these vendors in full, ARUFFO collected kickback payments from these two vendors totaling $82,354.49.

b. On or about February 5-9, 2010, in connection with a visit by the USS Blue Ridge to Otaru, Japan, ARUFFO and GDMA arranged for a Japanese vendor to provide husbanding services to the ship, and to submit to the U.S. Navy a fraudulently inflated invoice in the amount of $432,476.14. After the U.S. Navy paid this vendor in full, ARUFFO collected a kickback from this vendor in the amount of $204,961.20.

c. On or about August 31-September 3, 2010, in connection with a visit by the USCGC Jarvis to Hakodate, Japan, ARUFFO and GDMA arranged for a Japanese vendor to provide husbanding services to the ship, and to submit to the U.S. Navy a fraudulently inflated invoice in the amount of $137,521.34. After the U.S. Navy paid this vendor, ARUFFO collected the kickback from this vendor in the amount of $31,314.75.

//

All in violation of Title 18, United States Code, Section 371.

DATED: July 3, 2014.

                          LAURA E. DUFFY
                          United States Attorney

By: *[signature]*

                          MARK W. PLETCHER
                          ROBERT S. HUIE
                          Assistant U.S. Attorneys

                          JEFFREY H. KNOX
                          Chief, Fraud Section
                          Criminal Division

By: *[signature] for*

                          CATHERINE VOTAW
                          BRIAN YOUNG
                          WADE WEEMS
                          Trial Attorneys
                          Fraud Section
                          U.S. Department of Justice