# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>V.<br>EDMOND ARRUFO (1),<br><br>Defendant. | Criminal Case No.   **14CR1924-JLS**<br><br>ORDER |

No objections having been filed, IT IS ORDERED that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts defendant's PLEA OF GUILTY to count(s) one of the Information.

DATED: July 29, 2014

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge