# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDMOND A. ARUFFO,<br><br>　　　　Defendant. | Case No. 14-CR-01924-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING**<br><br>The Hon. Janis L. Sammartino |

Pursuant to joint motion, IT IS HEREBY ORDERED that the Sentencing Hearing in the above-captioned matter shall be continued from May 8, 2015 to September 25, 2015, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: April 14, 2015

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge