LEWIS BRISBOIS BISGAARD & SMITH LLP
GARY K. BRUCKER, JR., SB# 238644
E-Mail: Gary.Brucker@lewisbrisbois.com
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendant,
Edmond A. Aruffo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EDMOND A. ARUFFO,<br><br>　　　　Defendant. | CASE NO. 14-CR-01924-BTM<br><br>**NOTICE OF ACKNOWLEDGEMENT OF CONTINUED SENTENCING HEARING**<br><br>The Hon. Barry Ted Moskowitz |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

I, Defendant Edmond A. Aruffo, hereby agree that the sentencing hearing with presentence report in the above-captioned matter be continued from April 6, 2021 at 1:00 p.m. and acknowledge that my next court date will be **April 6, 2022 at 1:00 p.m.**

DATED: February 4, 2021

_____
Edmond A. Aruffo
Defendant