# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EDMOND A. ARUFFO,<br><br>　　　　Defendant. | CASE NO. 14-CR-01924-BTM<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING**<br><br>The Hon. Barry Ted Moskowitz |

Pursuant to joint motion,

**IT IS HEREBY ORDERED AS FOLLOWS:**

The Sentence With PSR hearing in the above-captioned matter is continued from April 6, 2022 at 1:00 p.m. to October 26, 2022 at 1:00 p.m.

**IT IS SO ORDERED.**

DATED:　September 23, 2021

　　　　　　　　　　　　　　　　　　　　　　　　Hon. Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge